UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br>Petitioner,<br>v.<br>JENNIFER BENAVIDEZ,<br>Respondent. | Case No. 22-cv-07296-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 2 and 3 |

Petitioner Steven Wayne Bonilla, a California prisoner on death row, has filed a habeas action under 28 U.S.C. § 2254. However, he has a pending habeas petition in which he challenges the same state court judgment he challenges here. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions and other requests through counsel in that case, not though filing a new habeas action. Accordingly, the instant habeas action is DISMISSED.

The application for leave to proceed *in forma pauperis* is GRANTED. (Dkt. No. 3.) His motion to vacate his state court judgment is DENIED. (Dkt. No. 3.)

The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 28, 2022

_____
WILLIAM H. ORRICK
United States District Judge